IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

REED JOSEPH ROGALA,

     Petitioner,                          JUDGMENT IN A CIVIL CASE

v.                                        Case No. 13-cv-90-bbc

THE UNITED STATES OF AMERICA,

     Respondent.

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered denying the motion of petitioner Reed Joseph Rogala for post conviction relief under 28 U.S.C. § 2241.

_____       MAR 27 2013
Peter Oppeneer, Clerk of Court                 Date